HAROLD R. LEE et al., as Executors of EMMITT T. LEE, Deceased, Respondents, *v.* ALFRED J. FARONE, Appellant.

Submitted February 24, 1942; decided April 16, 1942.

*John A. Slade* for appellant.

*Patrick J. Keniry* for respondents.

*John W. Nichols* and *Truman H. Preston* for County Officers Association of the State of New York, *amicus curiæ.*

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.